UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
    Michael Francis Shillin             Case No.: 21-26105-gmh
    fdba Shillin Wealth Management LLC
    (Personal Guarantor)             Chapter 7
    dba Shillin Consulting LLC (Personal
    Guarantor)

        Debtor.

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

AmeriCredit Financial Services, Inc. d/b/a GM Financial of Wisconsin (the "Movant") filed a Motion for Relief From Stay with respect to a 2019 Chevrolet Corvette, Vehicle Identification Number 1G1YM2D70K5121314 ("the Vehicle"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that cause exists for granting Movant's request for relief from stay.

    IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Vehicle under its loan documents and applicable nonbankruptcy law.

    IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

    IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001 (a).

#####